# Court of Appeals
# of the State of Georgia

ATLANTA,    May 17, 2012

*The Court of Appeals hereby passes the following order:*

## A12D0367.  OLIVIA WINTZ, ET AL. v. DEUTSCHE BANK NATIONAL TRUST CO.

This is the second application for discretionary appeal filed by Olivia Wintz in this dispossessory action.  In the first, Case No. A12D0270, Olivia Wintz sought appellate review of the Newton County magistrate court's order, which entered a writ of possession in favor of Deutsche Bank National Trust Co.  Because Wintz was not authorized to file a direct appeal of the magistrate court's judgment to this Court, we entered an order transferring the case to the Newton County superior court on February 15, 2012.  See OCGA § 15-10-41 (b) (1); *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991).

In the instant case, Olivia Wintz seeks review of an order, dated April 19, 2012, which she states denied her motion to set aside the writ of possession.  However, there is no such order in her application materials.  Pursuant to OCGA § 5-6-35 (c) and Court of Appeals Rule 31 (b), an application for discretionary review must include a copy of the order being appealed.  As the applicant, Wintz bears the burden of establishing that her application should be granted.  See *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989).  In the absence of the appealable order, we are unable to assume jurisdiction.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith.").  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* <u>05/17/2012</u>
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

               *, Clerk.*